IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG, | 1:13-cv-01048-SKO (PC) |
| Plaintiff, | ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |
| vs. | |
| D. PELAYO, et al., | (Doc. 2) |
| Defendants. | |
| _____/ | |

On July 8, 2013, Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was deficient in that it did not include plaintiff's required original signature. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 131; Fed. R. Civ. P. 11(a).

Accordingly, IT IS HEREBY ORDERED that:

Within **thirty (30) days** of the date of service of this order, plaintiff shall sign and file the enclosed application to proceed in forma pauperis or, in the alternative, pay the $400.00 filing fee for this action.

-1-

**Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

Dated:    **July 10, 2013**                       /s/ Sheila K. Oberto
                                                         UNITED STATES MAGISTRATE JUDGE