IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>            Plaintiff,<br><br>vs.<br><br>D. PELAYO, et al.,<br><br>            Defendants.<br>_____/ | 1:13-cv-01048 AWI SKO (PC)<br><br>ORDER DISREGARDING<br>MOTION TO PROCEED<br>IN FORMA PAUPERIS<br>AS MOOT<br><br>( Motion #18) |

   On September 16, 2013, plaintiff filed an application to proceed in forma pauperis.  The court granted plaintiff's previous application to proceed in forma pauperis on July 29, 2013. Therefore, plaintiff's application of  September 16, 2013, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

**Dated:   September 18, 2013**            /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE