# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG, | Case No. 1:13-cv-01048-AWI-SKO (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED FILING |
| v. | (Doc. 3) |
| D. PELAYO, | |
| Defendant. | |
| _____ / | |

    Plaintiff Brady K. Armstrong, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 8, 2013. On July 8, 2013, Plaintiff filed an unsigned motion.

    All filings submitted must bear Plaintiff's signature and his unsigned motion is HEREBY ORDERED STRICKEN from the record. Fed. R. Civ. P. 11(a); Local Rule 131(b).

IT IS SO ORDERED.

    Dated: **February 13, 2014**            **/s/ Sheila K. Oberto**
                                                               UNITED STATES MAGISTRATE JUDGE