# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG, | Case No. 1:13-cv-01048-AWI-SKO (PC) |
| Plaintiff, | ORDER DISREGARDING MOTION AS MOOT |
| v. | (Doc. 9) |
| D. PELAYO, | |
| Defendant. | |

Plaintiff Brady K. Armstrong, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 8, 2013. On July 22, 2013, Plaintiff filed a motion regarding acceptance of his trust account statement.

Plaintiff was granted leave to proceed in forma pauperis on July 29, 2013. Accordingly, Plaintiff's motion regarding his trust account statement is HEREBY DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   **February 13, 2014**           **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE