# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG, | Case No. 1:13-cv-01048-AWI-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR HEARING AND LEAVE TO SUBMIT EXHIBITS |
| v. | |
| D. PELAYO, | (Doc. 4) |
| Defendant. | |

Plaintiff Brady K. Armstrong, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 8, 2013. On July 8, 2013, Plaintiff filed a motion seeking a hearing on his pending motions for preliminary injunctive relief, along with leave to submit exhibits.

Motions are submitted upon the record without oral argument, and Plaintiff's motions present no basis for deviating from that general rule. Local Rule 230(*l*). Further, in light of the concurrently-issued findings and recommendations addressing Plaintiff's motions, it is unnecessary for him to submit any exhibits. Accordingly, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **February 13, 2014**        /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE