# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>    Plaintiff,<br><br>    v.<br><br>D. PELAYO,<br><br>    Defendant.<br>_____/ | Case No. 1:13-cv-01048-AWI-SKO (PC)<br><br>ORDER (1) ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND (2) DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Docs. 5, 8, 16, 17, and 25) |

Plaintiff Brady K. Armstrong, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 8, 2013. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 14, 2014, the Magistrate Judge filed a Findings and Recommendations recommending Plaintiff's various motions for preliminary injunctive relief be denied. Plaintiff did not file an Objection. Local Rule 304(b).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations, filed on February 14, 2014 (Doc. No. 25), is adopted in full; and

2. Plaintiff's motions for preliminary injunctive relief, filed on July 8, 2013 (Doc. No. 5), July 22, 2013 (Doc. No. 8), and September 5, 2013 (Doc. Nos. 16, 17), are DENIED for lack of jurisdiction.

IT IS SO ORDERED.

Dated:   March 14, 2014                     _____
                                             SENIOR DISTRICT JUDGE