# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>    Plaintiff,<br><br>  v.<br><br>D. PELAYO,<br><br>    Defendant. | Case No. 1:13-cv-01048-AWI-SKO (PC)<br><br>ORDER (1) ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND (2) DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Docs. 38 and 40) |

Plaintiff Brady K. Armstrong, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 8, 2013. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 4, 2014, the Magistrate Judge filed a Findings and Recommendations recommending Plaintiff's motion for preliminary injunctive relief be denied. Plaintiff did not file an Objection. Local Rule 304(b).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations, filed on August 4, 2014, is adopted in full; and
2. Plaintiff's motion for preliminary injunctive relief, filed on June 18, 2014, is DENIED.

IT IS SO ORDERED.

Dated: September 11, 2014

                    SENIOR DISTRICT JUDGE