# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. PELAYO,<br><br>　　　　　Defendant.<br>_____/ | Case No. 1:13-cv-01048-AWI-SKO (PC)<br><br>ORDER (1) ADOPTING FINDINGS AND RECOMMENDATIONS, (2) DISMISSING ALL CLAIMS EXCEPT RETALIATION CLAIM, AND (3) REFERRING MATTER TO MAGISTRATE JUDGE FOR SERVICE OF PROCESS<br><br>(Docs. 36 and 42) |

　　　　Plaintiff Brady K. Armstrong, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 8, 2013.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302; and on October 9, 2014, the Magistrate Judge screened Plaintiff's amended complaint and issued a Findings and Recommendations.  28 U.S.C. § 1915A.  Plaintiff was provided with twenty days within which to file an Objection, but he did not object.  *Wilkerson v. Wheeler*, __ F.3d __, __, No. 11-17911, 2014 WL 6435497, at *3 (9th Cir. Nov. 18, 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

　　　　Accordingly, pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case, and it finds the Findings and Recommendations to be supported by the record and by proper analysis.  Therefore, IT IS HEREBY ORDERED that:

///

1. The Findings and Recommendations, filed on October 9, 2014, is adopted in full;
2. This action shall proceed against Defendant Pelayo for damages on Plaintiff's First Amendment retaliation claim arising out of events on October 4, 2012;
3. All other claims, including Plaintiff's Eighth Amendment excessive force claim, Eighth Amendment medical care claim, and ADA claim, are dismissed, with prejudice, for failure to state a claim;
4. Plaintiff's claims for declaration and injunctive relief are dismissed as moot; and
5. This matter is referred back to the Magistrate Judge to initiate service of process.

IT IS SO ORDERED.

Dated:   December 23, 2014                                    /s/ [signature]
                                                          SENIOR DISTRICT JUDGE

2