# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>    Plaintiff,<br><br>    v.<br><br>D. PELAYO,<br><br>    Defendant.<br>_____/ | Case No. 1:13-cv-01048-AWI-SKO (PC)<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT<br><br>(Doc. 63) |

Plaintiff Brady K. Armstrong, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 8, 2013. This action for damages is proceeding on Plaintiff's amended complaint against Defendant Pelayo for retaliation, in violation of Plaintiff's rights under the First Amendment of the United States Constitution.

On November 12, 2015, Plaintiff filed another motion seeking an extension of time. The motion was dated October 19, 2015, and it is unclear if Plaintiff mailed it before receiving the Court's most recent order filed on October 28, 2015. The Court has addressed Plaintiff's motion

///
///
///
///
///

for an extension of time in orders filed on October 20, 2015, and on October 28, 2015. Therefore, Plaintiff's present request for relief is moot and it is DENIED on that ground.

IT IS SO ORDERED.

Dated:  **November 16, 2015**                              /s/ Sheila K. Oberto
                                                           UNITED STATES MAGISTRATE JUDGE